UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 4:21-CV-10032-JLK

KENNETH J. GRIFFITH,

    Plaintiff,

v.

PATRICIA GIBSON,

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL

THIS CAUSE is before the Court on the June 1, 2021 Report and Recommendation ("R&R") (DE 7) of Magistrate Judge Jacqueline Becerra. On June 23, 2021, the Court entered an order (DE 9) granting Plaintiff's motion for extension to file objections. Plaintiff's objections were due by July 16, 2021; none were filed.

Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (DE 3) was referred to Magistrate Judge Jacqueline Becerra. *See* DE 4. Plaintiff's *pro se* Complaint was subject to screening under 28 U.S.C. § 1915(e)(2)(B). Upon review, Magistrate Judge Jacqueline Becerra found the Complaint is frivolous and fails to state a claim on which relief may be granted. *See* R&R at 4. Further, Magistrate Judge Jacqueline Becerra concluded that even with the benefit of amending the Complaint, Plaintiff is unlikely state a claim. *Id.* The R&R recommends dismissing the Complaint with prejudice and denying as moot Plaintiff's Motion to Leave to Proceed *In Forma Pauperis*. *See* R&R.

Upon consideration of the record and the R&R, the Court finds that the R&R is well-reasoned and accurately states the law of the case. Therefore, it is **ORDERED, ADJUDGED and DECREED** that:

1. Magistrate Judge Jacqueline Becerra's Report and Recommendation **(DE 7)** be, and the same is, hereby **AFFIRMED** and **ADOPTED** as an Order of this Court;

2. Plaintiff's Complaint **(DE 1)** is hereby **DISMISSED WITH PREJUDICE** pursuant to § 1915(e)(2)(B);

3. All pending motions are hereby **DENIED** as moot; and

4. The Clerk of Court shall **CLOSE** this case.

**DONE and ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 21st day of July, 2021.

*[signature]*
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

**Cc:** **Magistrate Judge Jacqueline Becerra**
**Kenneth J. Griffith,** *Pro Se*
**Clerk of Court**